No. 02–7491. PALMER *v.* ENGLAND, SECRETARY OF THE NAVY, 537 U. S. 1131. Motion of petitioner for leave to file petition for rehearing denied.

OCTOBER 23, 2003

No. 03–6728 (03A324). SMITH *v.* MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 3, 2003

No. 03–6019. ROWELL *v.* HATCHER, WARDEN. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03–6138. PARKER *v.* OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03–6226. MASON *v.* SUPERIOR COURT OF CALIFORNIA, SISKIYOU COUNTY. Ct. App. Cal., 3d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.